UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 19-1783 (DSD/TNL)

Fekadu Habtineh,

    Petitioner,

v.         **ORDER**

Kurt Freitag, et al.,

    Respondents.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated October 3, 2019, [ECF No. 12], along with all the files and records, and no objections to said Report and Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation [ECF No. 12] is adopted in its entirety; and

2. The Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF No. 1] is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: November 4, 2019         /s David S. Doty
                                            David S. Doty, Judge
                                            United States District Court